

# IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

**CALVIN DARVILLE,**

by and through his Agent, Darville, Calvin J.
Plaintiff

v.

**NAVY FEDERAL CREDIT UNION**

Defendant

Case No.: _____

# VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

*1*

Plaintiff CALVIN DARVILLE, by and through his Agent, Darville, Calvin J., brings this action against NAVY FEDERAL CREDIT UNION for breach of contract, unjust enrichment, and declaratory relief following the refusal to accept lawful tenders of payment and violation of secured party rights.

Jurisdiction is based on:
• 28 U.S.C. § 1331 – Federal Question (Truth in Lending Act, Federal Credit Union Act)
• 28 U.S.C. § 1332 – Diversity of Citizenship

The Verified Complaint includes Exhibits A–J, including Exhibit I: UCC-1 Financing Statement (Filed 12/05/2025), and Exhibit J: NCUA Complaint Letter and Cover (Pending Submission).

## Plaintiff seeks damages including:

- $180,000.00 in lost credit opportunity
- $25,000.00 in reputational and credit score harm
- $1,200.00 in improper finance charges and penalties
- $250.00 in administrative and mailing costs
- $15,000.00 for emotional distress and mental anguish
- $500/hour x 30 hours = $15,000.00 in pro se legal preparation fees (based on market rate for Florida consumer contract litigation attorneys)

Total Estimated Damages: $236,450.00

3

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
1. Declare that Plaintiff's tender was valid and the debt should be set off and discharged
2. Order immediate reinstatement of Plaintiff's credit account
3. Award damages in the amount of $236,450.00 or such amount as proven at trial
4. Award pre- and post-judgment interest and costs of this action, including certified mail, printing, notary fees, and administrative expenses
5. Award reasonable compensation for preparation and litigation consistent with market rates for Florida consumer and contract attorneys
6. Grant any further relief the Court deems just and proper

4

## VERIFICATION

I, Darville, Calvin J., affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: 12/29/2025
Signature: _____
Darville, Calvin J.
Attorney-in-Fact for CALVIN DARVILLE