# TABLE OF CONTENTS & EXHIBIT INDEX

| Section | Description |
| --- | --- |
| 1 | Verified Complaint (Signed and Updated with Fee Request + Notarized POA) |
| 2 | JS-44 Civil Cover Sheet |
| 3 | Summons (AO-440) |
| 4 | Table of Contents |
| 5 | Exhibit Index |
| 6 | Exhibit A – Durable Power of Attorney (Notarized) |
| 7 | Exhibit B – First Tender of Payment (Original & Corrected) |
| 8 | Exhibit C – Second Tender of Payment (Original & Corrected) |
| 9 | Exhibit D – Final Tender / Default Judgment |
| 10 | Exhibit E – Billing Statement with Endorsement |
| 11 | Exhibit F – Certified Mail Receipts |
| 12 | Exhibit G – Navy Federal Response Letter #1 |
| 13 | Exhibit H – Navy Federal Response Letter #2 |
| 14 | Exhibit I – UCC-1 Financing Statement (Filed Dec 5, 2025) |
| 15 | Exhibit J – NCUA Complaint Letter & Cover |

6

# EXHIBIT A

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

Durable Power of Attorney (Notarized)

7

DURABLE POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, CALVIN DARVILLE, residing at 3403 Menendez Ave, Fort Pierce, Florida 34947, do hereby appoint DARVILLE, CALVIN J., residing at the same address, as my true and lawful Attorney-in-Fact (hereinafter referred to as "Agent") to act for me and in my name, place, and stead, and for my use and benefit.

My Agent shall have full power and authority to manage, conduct, and handle all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future, including but not limited to the following:

1. To present claims, offset debts, discharge obligations, and negotiate with any creditor, institution, or agency on my behalf;
2. To manage and access bank, credit union, and financial accounts, including any instruments, billing statements, or related documents;
3. To handle all personal, commercial, or legal claims in my name, including those involving contracts, credit, property, or civil matters;
4. To send and receive correspondence and execute documents as necessary to represent my interests fully;
5. To act as Secured Party on any UCC-1 Financing Statement filed on my behalf or in my interest;
6. To sign, file, and receive any documentation necessary for private or public administrative purposes.

This Durable Power of Attorney shall not be affected by my subsequent disability or incapacity. It is effective immediately and remains in full force and effect until revoked in writing.

IN WITNESS WHEREOF, I have hereunto set my hand this 12 day of December, 2025.

_____
CALVIN DARVILLE, Principal

WITNESSED BY:

_____
Signature of Witness #1   Signature of Witness #2

Printed Name: Winneca Harris   Printed Name: Suzanne Darville

NOTARY ACKNOWLEDGMENT

STATE OF FLORIDA
COUNTY OF ST. LUCIE

Sworn to (or affirmed) and subscribed before me this 12th day of December, 2025, by CALVIN DARVILLE, who is personally known to me or has produced valid identification.

_____
Notary Public, State of Florida

My Commission Expires: 10/16/29

RONISE HAMPTON
Commission # HH 718961
Expires October 16, 2029

# EXHIBIT B

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

First Tender of Payment (Original & Corrected)

9

September 6, 2025

<u>Letter for Credit</u>

<u>NOTICE OF CLAIM TO INTEREST</u>

<u>First Attempt</u>

I Darville, Calvin J.\Agent here on behalf of CALVIN DARVILLE\Principle hereby claim and accept All Titles, All Rights, All Interest, and Guaranteed Equity owed to Principal CALVIN DARVILLE ACCESS NO. 14664904. I hereby instruct CFO John Collins to apply Principle's Balance to Principal's Account #...3158 every billing cycle for set-off. Please apply this Tender of Payment to the Account within 5 business days after receipt of this notice. I also instruct CFO John Collins to communicate through writing if there are any discrepancies within 5 business days. If no communication is made within 5 business days after receipt of notice, then I can assume that the aforesaid instructions have been completed.

BY: Darville Calvin J.\ Agent
FOR: CALVIN DARVILLE\ Principle
WITHOUT RECOURSE A. R. R

10

October 6, 2025

<u>Letter for Credit</u>

<u>NOTICE OF CLAIM TO INTEREST</u>

<u>First Attempt</u>

I, Darville, Calvin J.\Agent here on behalf of CALVIN DARVILLE\Principle hereby
claim and accept All Titles, All Rights, All Interest, and Guaranteed Equity owed to
Principal CALVIN DARVILLE ACCESS NO. 14664904. I hereby instruct CFO John
Collins to apply Principle's Balance to Principal's Account #4032160019413158
every billing cycle for set-off. Please apply this Tender of Payment to the Account
within 5 business days after receipt of this notice. I also instruct CFO John Collins to
communicate through writing if there are any discrepancies within 5 business days.
If no communication is made within 5 business days after receipt of notice, then I
can assume that the aforesaid instructions have been completed.

BY: Darville Calvin J.\ Agent
FOR: CALVIN DARVILLE\ Principle
WITHOUT RECOURSE A. R. R

11

# EXHIBIT C

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

Second Tender of Payment (Original & Corrected)

12

17 September 2025

<u>Letter for Credit</u>

<u>OPPORTUNITY TO CURE</u>

<u>2ND Attempt</u>

I Darville, Calvin J.\ Agent here on behalf of CALVIN DARVILLE\ Principle hereby
CLAIM and ACCEPT All Titles, All Rights, All Interest, and Guaranteed Equity owed to
Principal CALVIN DARVILLE Access Number 14664904. I hereby instruct CFO John
Collins to apply Principles Balance to Principals Account Number
4032160019413158 every billing cycle for set-off. Please apply this Tender of
Payment to the Account within 3-5 business days after receipt of this notice. I also
instruct CFO John Collins to communicate through writing if there are any
discrepancies within 3-5 business days. If no communication is made within 3-5
business days after receipt of notice, then I can assume that the aforesaid
instructions have been completed.

BY: Darville Calvin J.\ Agent
FOR: CALVIN DARVILLE\ Principle
Without recourse A. R. R

17 October 2025

<u>Letter for Credit</u>

<u>OPPORTUNITY TO CURE</u>

<u>2ND Attempt</u>

I Darville, Calvin J.\ Agent here on behalf of CALVIN DARVILLE\ Principle hereby CLAIM and ACCEPT All Titles, All Rights, All Interest, and Guaranteed Equity owed to Principal CALVIN DARVILLE Access Number 14664904. I hereby instruct CFO John Collins to apply Principles Balance to Principals Account Number 4032160019413158 every billing cycle for set-off. Please apply this Tender of Payment to the Account within 3-5 business days after receipt of this notice. I also instruct CFO John Collins to communicate through writing if there are any discrepancies within 3-5 business days. If no communication is made within 3-5 business days after receipt of notice, then I can assume that the aforesaid instructions have been completed.

.BY: Darville Calvin J.\ Agent
FOR: CALVIN DARVILLE\ Principle
Without recourse A. R. R

14

# EXHIBIT D

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

Final Tender / Default Judgment

15

31 October 2025

<u>LETTER FOR CREDIT</u>

<u>DEFAULT JUDGEMENT</u>

<u>FINAL ATTEMPT</u>

I Darville, Calvin J.\ Agent here on behalf of CALVIN DARVILLE\ Principle hereby CLAIM and ACCEPT All Titles, All Rights, All Interest, and Guaranteed Equity owed to Principal CALVIN DARVILLE Access Number 14664904. I hereby instruct CFO John Collins to apply Principles Balance to Principals Account Number 4032160019413158 every billing cycle for set-off. Please apply this Tender of Payment to the Account within 3-5 business days after receipt of this notice. I also instruct CFO John Collins to communicate through writing if there are any discrepancies within 3-5 business days. If no communication is made within 3-5 business days after receipt of notice, then I can assume that the aforesaid instructions have been completed.

BY: Darville Calvin J.\ Agent

FOR: CALVIN DARVILLE\ Principle

Without recourse A. R. R

16

# EXHIBIT E

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

Billing Statement with Endorsement

17



# NAVY FEDERAL
## Credit Union

*Accepted for Deposit* (handwritten)

**Visa Platinum**

| MINIMUM PAYMENT DUE | PAST DUE PAYMENT | PAYMENT DUE DATE | NEW BALANCE | ACCOUNT NUMBER | ↓ | AMOUNT ENCLOSED |
|---|---|---|---|---|---|---|
| 910.04 | 792.04 | 10/23/2025 | 9,805.24 | xxxx xxxx xxxx 3158 | $ | . |

PLEASE INDICATE CHANGE OF ADDRESS ON REVERSE.

PLEASE MAKE CHECK PAYABLE AND MAIL TO: *Bearer* (handwritten)

NAVY FEDERAL
P.O. BOX 3500
MERRIFIELD VA 22119-3500

CALVIN DARVILLE                    ** 0126729
3403 MENENDEZ AVE
FORT PIERCE FL 34947-6126

*Pay to the order of Bearer* (handwritten)   *Nine thousand eight hundred five Dollars 24/100* (handwritten)

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

---

**Visa Platinum**

ACCOUNT NUMBER     xxxx xxxx xxxx 3158
ACCESS NUMBER      14664904

Page 1 of 4

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $9,785.24 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$20.00 |
| Interest Charged | +$0.00 |
| New Balance | $9,805.24 |
| Past Due Amount | $792.04 |
| Over Limit Amount | $0.00 |
| Credit Limit | $0.00 |
| Available Credit | NONE |
| Cash Limit | $0.00 |
| Available Cash | $0.00 |
| Statement Closing Date | 09/26/2025 |
| Days in Billing Cycle | 31 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $9,805.24 |
| Minimum Payment Due | $910.04 |
| Payment Due Date | 10/23/2025 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $20.00 late fee and your APRs may be increased up to the Penalty APR of 18.00%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 25 years | $22,538 |

If you would like information about credit counseling services, call 1-888-503-7106 or visit https://www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## SELF SERVICE OPTIONS

**Go Paperless**
Access up to 36 months of statements online.
Simple, secure, eco-friendly.
*navyfederal.org/CCpaperless*

**Manage on the Go**
Pay bills, set alerts, and more with Navy Federal Online or the Navy Federal Mobile App. Your finances, your control.



*navyfederal.org/CCmobile*

## IMPORTANT NOTICES

**REMINDER:** To avoid paying interest on purchases, pay your new balance in full by the payment due date shown on your statement. If you pay after the due date, interest will be charged on purchases. Interest on balance transfers, cash advances, and convenience checks begins accruing from the transaction date. We encourage you to make timely payments to avoid unnecessary interest charges.

**\*NOTICE\*** WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO THE CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

## TRANSACTIONS

### FEES

| Trans Date | Post Date | Reference No. | Description | Amount |
|---|---|---|---|---|
| 09/05/25 | 09/05/25 | | LATE PAYMENT FEE | $20.00 |
| | | | **TOTAL FEES** | **$20.00** |

### 2025 TOTALS YEAR-TO-DATE

| | |
|---|---|
| Total Fees charged in 2025 | $80.00 |
| Total Interest charged in 2025 | $1,157.56 |

18

By: Darville, Calvin J. / Agent
for: CALVIN DARVILLE / Principle

WITHOUT RECOURSE

# EXHIBIT F

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

Certified Mail Receipts

2o



7021 2720 0001 6966 3835

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Vienna VA 22180  OFFICIAL USE

Certified Mail Fee    $5.30
$                                      0272
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $
Postage                            $0.78
$
Total Postage and Fees
$6.08
$
Sent To  Navy Federal Credit Union
Street and Apt. No., or PO Box No. 820 Follin Lane SE
City, State, ZIP+4® Vienna VA 22180-4907

9/6 — Certified 12/10
wrong date PoA
10/08/2025  Tender 1

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions





22

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Vienna, VA 22180

OFFICIAL USE

Certified Mail Fee    $5.30                    0272
                                                10
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $  $0.00
☐ Return Receipt (electronic)       $  $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required          $  $0.00
☐ Adult Signature Restricted Delivery $ $0.00   NOV 1 2025
Postage          $0.78
$                                               11/01/2025
Total Postage and Fees
$6.08
Sent To  Navy Federal Credit Union HQ
Street and Apt. No., or PO Box No. 820 Follin Lane SE
City, State, ZIP+4® Vienna, VA 22180-4907

7021 2720 0001 6996 6331

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Vienna, VA 22180

OFFICIAL USE

Certified Mail Fee    $5.30                    0272
                                                10
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $  $0.00
☐ Return Receipt (electronic)       $  $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required          $  $0.00
☐ Adult Signature Restricted Delivery $ $0.00   NOV 1 2025
Postage          $0.78
$                                               11/01/2025
Total Postage and Fees
$6.08
Sent To  Navy Federal Credit Union HQ
Street and Apt. No., or PO Box No. 820 Follin Lane SE
City, State, ZIP+4® Vienna, VA 22180-4907

7021 2720 0001 6996 6331

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

23

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Vienna, VA 22180

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | |
| $ | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | $0.78 |
| $ | | |
| Total Postage and Fees | | |
| $6.08 | | |

Sent To *Navy Federal Credit Union*

Street and Apt. No., or PO Box No. *820 Follin Lane SE*

City, State, ZIP+4® *Vienna, VA 22180-4907*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instruction

9589 0710 5270 3478 5923 64

DEC 10 2025

12/10/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Vienna, VA 22180

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | |
| $ | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | $0.78 |
| $ | | |
| Total Postage and Fees | | |
| $6.08 | | |

Sent To *Navy Federal Credit Union*

Street and Apt. No., or PO Box No. *820 Follin Lane SE*

City, State, ZIP+4® *Vienna, VA 22180-4907*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instruction

9589 0710 5270 3478 5923 64

DEC 10 2025

12/10/2025

24

**USPS Postal Service™**

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Alexandria VA 22314

Certified Mail Fee $5.30

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees
$6.08

Sent To NCUA Consumer Assistance Cent

Street and Apt. No., or PO Box No. 1775 Duke St.

City, State, ZIP+4® Alexandria, VA 22314

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instruction

Postmark Here DEC 10 2025

25

# EXHIBIT G

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

Navy Federal Response Letter #1



20 October 2025

Mr. Calvin Darville
3403 Menendez Ave
Fort Pierce, FL 34947-6126

Dear Mr. Darville:

We are in receipt of the documentation you forwarded regarding your Navy Federal account(s).

The documents you provided do not release you from your obligation to Navy Federal, and you remain responsible for the repayment of your debt(s).

Should you have any additional questions or require further assistance, please do not hesitate to contact us toll free at 1-800-336-3767. Our hours of operation are Monday through Friday from 8 am to 9 pm and Saturdays from 9 am to 5:30 pm ET.

Sincerely,

Collections Department
Navy Federal Credit Union

LA:al

This is an attempt to collect a debt, and any information obtained will be used for that purpose. If you have filed for bankruptcy, you may no longer be personally liable for this debt. In that case, this notice is purely informational, based on your contact with us, and not an attempt to collect a debt. Please contact your bankruptcy attorney with any questions.

27

# EXHIBIT H

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

Navy Federal Response Letter #2

28



5 November 2025

Mr. Calvin Darville
3403 Menendez Ave
Fort Pierce, FL 34947-6126

Dear Mr. Darville:

We are in receipt of the documentation you forwarded regarding your Navy Federal account(s).

The documents you provided do not release you from your obligation to Navy Federal, and you remain responsible for the repayment of your debt(s).

Should you have any additional questions or require further assistance, please do not hesitate to contact us toll free at 1-800-336-3767. Our hours of operation are Monday through Friday from 8 am to 9 pm and Saturdays from 9 am to 5:30 pm ET.

Sincerely,

Collections Department
Navy Federal Credit Union

LA:al

This is an attempt to collect a debt, and any information obtained will be used for that purpose. If you have filed for bankruptcy, you may no longer be personally liable for this debt. In that case, this notice is purely informational, based on your contact with us, and not an attempt to collect a debt. Please contact your bankruptcy attorney with any questions.

PO Box 3000 Merrifield VA  22119-3000

# EXHIBIT I

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

UCC-1 Financing Statement (Filed Dec 5, 2025)

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

Florida Secured Transaction Registry

# FILED

2025 Dec 05 03:47 PM

********* 202504591266 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| CALVIN DARVILLE; 7729246955 |
| B. Email CALIVILLEENTERPRISE@GMAIL.COM |
| C. SEND ACKNOWLEDGEMENT TO: |
| Name |
| Address |
| Address |
| City/State/Zip |

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One | | | |
| P.O. BOX 3500 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY MERRIFIELD | STATE VA | POSTAL CODE 22119-3500 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CALVIN DARVILLE | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One | | | |
| 3403 MENENDEZ AVE | This space not available. | | |
| MAILING ADDRESS Line Two | CITY FORT PIERCE | STATE FL | POSTAL CODE 34947 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:** ANY PROCEEDS THEREOF INCLUDING BUT NOT LIMITED TO: ALL RIGHTS, CLAIMS, ALL PERSONAL, INTANGIBLE, AND FINANCIAL PROPERTY AND ANY PROCEEDS THEREOF INCLUDING BUT NOT LIMITED TO: ALL RIGHTS, CLAIMS, ACCOUNTS, CREDIT AGREEMENTS, SET-OFF RIGHTS, NEGOTIABLE INSTRUMENTS, DEPOSITS, BILLING STATEMENTS, AND ACCOUNT RECORDS ASSOCIATED WITH NAVY FEDERAL CREDIT UNION ACCOUNT NUMBER 4032160019413158 AND ACCESS NUMBER 14664904. INCLUDES ALL RELATED TENDER OFFERS, CORRESPONDENCE, AND CLAIMS MADE BY SECURED PARTY IN SETTLEMENT OF ALLEGED OBLIGATIONS. THIS FINANCING STATEMENT IS FILED IN CONJUNCTION WITH A PRIVATE SECURITY AGREEMENT AND TENDER OF PAYMENT.

**5. ALTERNATE DESIGNATION (if applicable)** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** -- YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)     Filing Office Copy     Approved by the Secretary of State, State of Florida

31

# EXHIBIT J

## CALVIN DARVILLE v. NAVY FEDERAL CREDIT UNION

NCUA Complaint Letter & Cover

*32*

Calvin J. Darville
3403 Menendez Ave
Fort Pierce, FL 34947

Date: December 10, 2025

To:
National Credit Union Administration (NCUA)
Consumer Assistance Center
1775 Duke Street
Alexandria, VA 22314

Re: Formal Complaint – Navy Federal Credit Union

Dear NCUA Representative,

Please find enclosed a formal complaint filed on behalf of my principal, CALVIN DARVILLE, concerning Navy Federal Credit Union's refusal to honor lawful tenders of payment and improper reporting activity relating to a valid credit account.

Supporting documentation and reference materials are available upon request. This letter serves as formal notice and submission of a request for administrative review. Any findings or responses issued by your agency may be used in upcoming federal court proceedings.

Please confirm receipt of this complaint and advise of any case number or follow-up information as appropriate.

Sincerely,
Darville, Calvin J.
Attorney-in-Fact for CALVIN DARVILLE

33

Calvin J. Darville
3403 Menendez Ave
Fort Pierce, FL 34947

Date: December 10, 2025

To:
National Credit Union Administration (NCUA)
Consumer Assistance Center
1775 Duke Street
Alexandria, VA 22314

Subject: Formal Complaint Against Navy Federal Credit Union

Account Holder (Principal): CALVIN DARVILLE
Agent/Power of Attorney: Darville, Calvin J.
Account Number: xxxx3158 (Access #14664904)

Dear NCUA Representative,

I am submitting this complaint as the authorized agent for my principal, CALVIN DARVILLE, under a valid Durable Power of Attorney. I am reporting Navy Federal Credit Union (NFCU) for refusal to honor lawful tenders of payment made toward a valid credit card account, as well as potential violations of consumer finance protections and contract law.

Beginning in October 2025, I submitted three separate tenders of payment to NFCU using negotiable instruments, each delivered by certified mail. These were legitimate efforts to settle and discharge the balance on the account. Despite proper service, proof of delivery, and full documentation, NFCU has refused to process the tenders or provide lawful rebuttal. Instead, they responded with form letters and continued reporting negative activity to credit bureaus.

This has resulted in:
- Damage to my principal's credit profile
- Denial of access to the credit account
- Retention of interest/fees without just cause
- A breach of both the contractual and regulatory obligations NFCU is bound by

I am requesting that NCUA initiate a formal review of NFCU's handling of this matter, including failure to act in good faith, possible violations of consumer protection statutes, and refusal to acknowledge a lawful debt discharge effort by an authorized agent.

Supporting documents available upon request include:
- Tender letters and certified mail receipts
- Responses from Navy Federal
- Power of Attorney
- Account billing statement

Please confirm receipt of this complaint and advise of any investigation or action taken. I am also preparing to present these facts in federal court, and your findings or correspondence may be submitted as evidence of administrative exhaustion.

Sincerely,
Darville, Calvin J.

34

Attorney-in-Fact for CALVIN DARVILLE

35